UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD GREGORY PETERS,

    Petitioner,

    v.

RICHARD MORGAN,

    Respondent.

Case No. C06-5029 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's writ of habeas corpus (Dkt. # 9) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(3)     The Court declines to issue a Certificate of Appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

ORDER - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. Karen L. Strombom.

DATED this 22nd day of September, 2006.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2