HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD GREGORY PETERS,

    Petitioner,

v.

RICHARD MORGAN,

    Respondent.

Case No. C06-5029RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion to Proceed *In Forma Pauperis* on Appeal [Dkt. #21].

Having considered the entirety of the records and file herein, the Court rules as follows:

**ORDERED** that Petitioner's Motion is **GRANTED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 27th day of November, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1